THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**ENTERED**

**FEB 07 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CECIL A. WILLIAMS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-97-123 |
| | § | |
| CHAPLAIN D. HUEGEL, ET AL. | § | |
| | § | |
| Defendant | § | |

## ORDER GRANTING *AMICUS CURIAE* MOTION TO SET ASIDE DEFAULT AND SETTING A HEARING

Before this Court is the Office of the Attorney General of Texas', as amicus curiae, Motion to Set Aside Default in the above referenced cause of action. After review of the entire file, it is the opinion of this Court that such Motion be **GRANTED**. The Court does, however, find that there is a return receipt in the file, dated July 25, 1997, which shows that the Office of the Attorney General of Texas did receive a copy of an Order, dated July 23, 1997, issued by the Magistrate Judge which ordered the State of Texas to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. § 1983, on or before September 29, 1997, which the State of Texas and/or the Office of the Attorney General of Texas failed to do.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Office of Attorney General of Texas' *Amicus Curiae* Motion to Set Aside Default should be and is hereby **GRANTED**.

It is further ORDERED, ADJUDGED, and DECREED that a **Hearing** be set on the 25th day of February, 2000 at 8:30 A.M. at which the Office of the Attorney General of Texas must show good cause as to why this Court should not find it in contempt for not filing an answer with the Court on or before September 29, 1997 as Ordered by the Magistrate Judge on the 23rd day of July, 1997.

DONE this 1st day of February, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge