9

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CECIL A. WILLIAMS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-97-123 |
| | § | |
| CHAPLAIN D. HUEGEL, ET AL. | § | |
| | § | |
| Defendant | § | |

## ORDER

    Before this Court is the issue of whether or not to find the Assistant Attorney General of Texas in contempt of court for failing to answer an Order, dated July 23, 1997, issued by the Magistrate Judge to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. § 1983, on or before September 29, 1997, which the State of Texas and/or the Office of the Attorney General of Texas received and failed to answer.

    After a good cause hearing on February 25, 2000 and oral argument from the Assistant Attorney General, the Court orally reprimanded the Office of the Attorney General of the State of Texas because lead counsel, Ms. Karen B. Ray, Assistant Attorney General failed to appear without first seeking permission from the Court, and because there is a return receipt in the file, dated July 25, 1997, which shows that the Office of the Attorney General of Texas did receive a copy of an Order, dated July 23, 1997, issued by the Magistrate Judge which ordered the State of Texas to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. § 1983, on or before September 29, 1997, which the State of Texas and/or the Office of the Attorney General of Texas failed to do. Nonetheless, this Court does not find that the Office of the Attorney General of the State of Texas should be held in contempt, but it does believe that the Attorney General should be warned that these matters will not be tolerated in the future.

    Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Office of Attorney General of Texas is **NOT** in Contempt.

DONE this 28th day of February, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge