11

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CECIL A. WILLIAMS, | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-97-123 |
| CHAPLAIN D. HUEGEL, ET AL. | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before this Court for consideration is the *Amicus Curiae* Advisory Concerning Dismissal in the above entitled and numbered cause. After a *sua sponte* review of the entire file, it is the opinion of this Court that the Attorney General of Texas' *Amicus Curiae* Advisory Concerning Dismissal has merit in that this case may be dismissed pursuant to the Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e(a), since the Plaintiff has not exhausted his administrative remedies with respect to this cause of action regarding prison conditions under 42 U.S.C. §1983.

This Court is also of the opinion that this case should be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because the Plaintiff has failed to prosecute this claim.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that this case be DISMISSED WITHOUT PREJUDICE.

DONE this 2nd day of March, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge